IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT of VIRGINIA
ALEXANDER DIVISION

FILED
MAILROOM

OCT 16 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

vs.

1:11 cr 143 (LMB-1)

Ferose Khan

Re: Motion To Recluse/ Motion to Preserve Petitioners Right to Habeas Corpus.

Petitioner avers receivance of 2 orders from this Court, denying petitioner's motions of which this Court included shepardized caselaw precedents. However, with fidelity and good faith practice to Western Jurisprudence, this Court declines to clarify if the Plea Coloquoy instruction it gave to petitioner on Reasonable Forseeable is lawful and precedented. As the courts clerk, is furnished with Lexis Nexis, Westlaw, and this Court furnished precedents in the last two denials.

However, with regards to a colloquoy instruction this Court gave to petitioner, and with regards to petitioners inquiry as to the lawfulness of this colloquoy instruction, now this Court takes the position that this is legal Research.

Petitioner avers if this Court was acting in good faith and fidelity to its oath, this court would have made proper ammends to this situation.

This Court instructed the Clerk not to file the attached evidentiary submissions, as this Court stated it would flood the Court's dockets, petitioner avers this is again bad faith.

While petitioner is aware this Court will deny both of these motions, petitioner is simply waiting for the order to be entered by this Court and

mailed to petitioner, so petitioner may appeal.

### Conclusion

Petitioner humbly avers that this profession equipped you practicioners with a guide of tenets, ethics, morals, axioms to prevent conflicts such as this, to upkeep the public trust, integrity and morale of this profession.

As petitioner avers, it is harsh of this Court to hold petitioner responsible for said erroneous impromptu Plea Colloquoy, regrettably, this Court is committing blasphemy to its oath and the ends of Justice best be served by Judge Brinkema's recusal, and petitioner's right under habeas corpus be Equitably tolled.

With regards to this Court's trajectory in this matter, petitioner avers, petitioner did his part in this proceeding, as the public trust and integrity in this proceeding is virtually at nil.

### CERTIFICATION

As further verified by F.C.I. SCHUYLKILL-Medium outgoing legal mail log.


By: Ferose Khan
/s/